## NOTICE OF FORFEITURE

Notice is hereby given that on September 9, 2009, in the case of <u>United States v. Michael Feker,</u> Criminal No. 09-CR-138, the United States District Court for the Eastern District of Wisconsin entered a Preliminary Order of Forfeiture condemning and forfeiting the interest of Michael Feker, in the following property:

1. A cashier's check dated June 25, 2009 issued by The Equitable Bank in the amount of $37,088.00 made payable to the United States Treasury.

The foregoing Order having been entered on September 9, 2009, the United States hereby gives notice of its intention to dispose of the property in such manner as the Attorney General may direct. Any person having or claiming a legal right, title or interest in the aforementioned property must file a petition with the court within thirty (30) days of the final publication of this notice or within thirty (30) days of his receipt of written notice from the government, whichever is earlier. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the times and circumstances of the petitioner's acquisition of right, title or interest in the property, and any additional facts supporting the petitioner's claim, and the relief sought. A copy of the petition shall be served upon the United States Attorney, 530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, Wisconsin 53202.